■ CARMELO S. ARMENIA et al., Appellants, v LaVERNE LUTHER, Individually and as Supervisor of the Town of Grand Island, et al., Respondents.—Order unanimously affirmed without costs. Memorandum: Applying a "balancing of public interests" approach *(see, Matter of County of Monroe [City of Rochester],* 72 NY2d 338), we conclude that the Town of Grand Island was immune from its own zoning regulations when it installed floodlights at tennis courts and at a softball diamond situated in a town park. Accordingly, Special Term properly granted defendants' motion for summary judgment dismissing plaintiffs' first and second causes of action. (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—summary judgment.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.